Local AO 246B  (Rev. 01/11/10) Order for a Presentence Investigation and Report

# UNITED STATES DISTRICT COURT
## for the
## District of Connecticut

| | | |
|---|---|---|
| **United States of America** | ) | |
| v. | ) | Case No.   3:12CR 156 (VLB) |
| STEVEN LEWIS | ) | |
| *Defendant* | ) | |

## ORDER FOR A PRESENTENCE INVESTIGATION AND REPORT

This defendant having been found guilty of one or more offenses against the United States, the probation office is ordered to conduct an investigation and prepare a *(check one)* ☒ standard report ☐ modified report, to be used by this court in sentencing.

IT IS FURTHER ORDERED that:

☐ At least 35 days before sentencing or ☒ by  Sep 24, 2012 , the initial presentence report shall be disclosed to counsel.

☐ Within 14 days after receiving the report or ☒ by  Oct 7, 2012 , the counsel shall submit to the probation office any objections in writing, or a statement that there are no objections.

☐ No later than 14 days after the deadline for counsel's objections or ☒  Oct 18, 2012 , the probation officer shall submit the final presentence report and any addenda to the court and disclose the revised presentence report to the defendant and counsel for the defendant and the government.

Sentencing Memorandum Date:   Oct 22, 2012

Response to Sentencing Memorandum Date:   Oct 25, 2012

The sentencing date *(check one)*   ☒ is set for   11/1/12 at 10:30am .

☐ will be set at a later date.

Within 3 days, the probation officer and defense counsel will arrange for a mutually convenient date, time, and place for the presentence interview.

Date:   Aug 13, 2012

/s/ VLB
*Judge's signature*

Vanessa L. Bryant, U.S.D.J.
*Printed name and title*